**92 ANDERSON vs. CIRCUIT COURT** (Lenawee), No. 14742, 105 M., 89.

To vacate order quashing a writ of attachment because the copy served upon the defendant was not a certified copy.

Granted April 16, 1895, with costs against defendant.

Relator cited Leonard vs. Woodward, 34 M., 515; Stearns vs. Taylor, 27 M., 88.

**93 BRADLEY vs. CIRCUIT JUDGE** (Branch), 1 Doug., 319.

To quash an attachment.

Denied 1844.

It appears that the affidavit was not made before an officer authorized to take affidavits, but the court permitted plaintiff to file a new affidavit and then refused to grant defendant's motion to quash. Held, that the proper remedy in such case is certiorari. (But see No. 116.)

**94 DETROIT PAPER & NOVELTY CO. vs. CIRCUIT JUDGE** (Wayne), No. 12297½.

To compel respondent to quash a writ of attachment issued after commencement of suit under Howell's Sec. 8019, et seq., on the ground that the affidavit therefor was not filed with the clerk, but was attached to the writ.

Order to show cause denied October 28, 1891.